No. 90–334.   STEPHENS *v.* SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES; and

No. 90–340.   STEPHENS *v.* COLEMAN ET AL.   C. A. 11th Cir. Certiorari denied.   Reported below: 901 F. 2d 1571.

No. 90–409.   BOSTON RANCH CO. ET AL. *v.* DEPARTMENT OF THE INTERIOR.   C. A. 9th Cir.   Certiorari denied.

No. 90–411.   TRINITY INDUSTRIES, INC., ET AL. *v.* DEARMENT, ACTING SECRETARY OF LABOR.   C. A. 3d Cir. Certiorari denied.

No. 90–433.   BUTLER *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–456.   REILLY, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* DELANEY ET AL.   C. A. 9th Cir. Certiorari denied.

No. 90–461.   DISTRICT OF COLUMBIA ET AL. *v.* MOORE ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 90–557.   CARDWELL *v.* ROCKFORD MEMORIAL HOSPITAL ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 90–583.   BAXTER CHRYSLER PLYMOUTH, INC., ET AL. *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 90–589.   TORO CO. *v.* JONES ET UX.   C. A. 11th Cir.   Certiorari denied.

No. 90–595.   WALKER *v.* SAWYER.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 90–598.   MATTHEWS ET AL. *v.* DIBONA ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 90–603.   GTE CORP. *v.* WILLIAMS, DBA GENERAL TELEPHONE.   C. A. 10th Cir.   Certiorari denied.